# United States District Court
# For The Western District of North Carolina
# Asheville Division

Anthony Leo White,

        Plaintiff(s),                              JUDGMENT IN A CIVIL CASE

vs.                                                  1:10cv62

Rick Hasson, et al,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by Complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 3/16/10 Order.

                                                              FRANK G. JOHNS, CLERK

April 13, 2010

                                                              BY: s/Sharon Wilson
                                                                    Sharon Wilson, Deputy Clerk